IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

    Plaintiff,

v.

VALDEZ-PERNER; K. ROYAL; L. KIRBY; J. RISENHOOVER; B. CHACER; E. ENOS; D. TH**O**RNBERG; JIM ROBERTSON; M. HODGES; M. VOONG; C. MUNOZ; R. TOLSON; M. GIORGI,

    Defendants.

No. C 20-4801 WHA (PR)

**ORDER OF DISMISSAL**

Plaintiff's in forma pauperis status was revoked under 28 U.S.C. § 1915(g). He was directed pay the filing fee within 28 days and advised that his failure to do so would result in the dismissal of this case. The deadline has passed and plaintiff has not paid the filing fee. The case is **Dismissed** without prejudice.

The clerk shall enter judgment and close the file.

IT IS SO ORDERED.

Dated: September  15 , 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE